August 27, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

STEVEN ALLEN GOMEZ, Appellant

NO. 14-13-00720-CR                 V.

THE STATE OF TEXAS, Appellee

_____

This cause was heard on the transcript of the record of the court below. The record indicates that the appeal should be **DISMISSED**. The Court orders the appeal **DISMISSED** in accordance with its opinion and this decision be certified below for observance.